1  JULIE M. MCCOY, Bar No. 129640
   LAW OFFICES OF JULIE M. MCCOY
2  JACQUELYNE M. NGUYEN, Bar No. 249658
   1670 SANTA ANA AVE., SUITE K
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax:(949) 722-8416

5  Attorney for: PLAINTIFF

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No. CV 11-03404

12                      Plaintiff,

13      vs.                           CONSENT JUDGMENT

14  Ara Sarafian, aka

15  Ara Boldokian,

16                      Defendant

17

18      Pursuant to the above stipulation of the parties,

19  Judgment is hereby entered in favor of Plaintiff, UNITED

20  STATES OF AMERICA, against Defendant, Ara Sarafian, aka Ara

21  Boldokian, in the principal amount of $4,848.34 plus

22  interest accrued to April 19, 2011, in the sum of $8,537.25;

23  with interest accruing thereafter at 0.83% annually until

24  entry of judgment, administration costs in the amount of $,

25  for a total amount of **$13,385.59**.

26  DATED: June 6, 2011          By:      Terry Nafisi
                                        Clerk of the Court
27
                                         A. Martinez
28  _____
                                        Deputy Clerk
                                  United States District Court

Page 5